**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELMER E. WALKER, | ) | No. CV 02-3506-TJH(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JIM HAMLET (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>June 20, 2010</u>

*/s/ Terry J. Hatter, Jr.*

TERRY J. HATTER, JR.
United States District Judge

1